ORIGINAL

RECEIVED
MAR 1 6 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

05-376C

Plaintiff(s) or Petitioner(s): MANHATTAN CONSTRUCTION COMPANY

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Adam C. Harrison, Esquire

Firm Name: Adam C. Harrison, P.C.

Post Office Box:

Street Address: 40 W. Chesapeake Ave., Suite 600

City-State-Zip: Towson, Maryland 21204

Telephone & Facsimile Numbers: (410) 832-0000 (t) (410) 832-9929 (f)

E-mail address: acharrison@harrisonpc.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ 63,955.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003