**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

1. SOLICITATION NO.: 8_ J-3K15-01
2. TYPE OF SOLICITATION: [ ] SEALED BID (FB) [X] NEGOTIATED (RFP)
3. DATE ISSUED: 1-8-2001
PAGE OF PAGES: 1 of 158

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

4. CONTRACT NO.: 50-3K15-01-8320
5. REQUISITION/PURCHASE REQUEST NO.:
6. PROJECT NO.:

7. ISSUED BY CODE

United States Department of Agriculture
Agricultural Research Services
Facilities Division, Facilities Contracts Branch
5601 Sunnyside Avenue
Mail Stop 5124
Beltsville, Maryland 20705-5124

8. ADDRESS OFFER TO

United States Department of Agriculture
Agricultural Research Services, FD, FCB
5601 Sunnyside Avenue, Mail Stop 5124
Beltsville, Maryland 20705-5124
ATTN: Linda S. Watts

9. FOR INFORMATION CALL: A. NAME: Linda S. Watts
B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)*: (301) 504 - 1186

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

Construct two (2) New Buildings.
Beltsville Human Nutrition Research Center, Phase I and Phase II.
Beltsville, Maryland

Contract award shall be issued pursuant to the requirements of the Small Business Competitive Demonstration Program. North American Industry Classification System (NAICS) Code No. 23332. Small Business Size Standard is $17 million average annual receipts for the preceding three (3) fiscal years.

A Pre-Proposal Conference is scheduled for January 25, 2001. (See Section L. 16 for additional information).

e estimated cost of construction for this project is between $15,000,000 and $20,000,000.

FACSIMILE PROPOSALS AND MODIFICATIONS WILL NOT BE ACCEPTED.

11. The Contractor shall begin performance within 14 calendar days and complete it within 730 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [ ] mandatory, [ ] negotiable. *(See* F.1

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*
[X] YES [ ] NO

12B. CALENDAR DAYS: 10

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 6 copies to perform the work required are due at the place specified in Item 8 by 2:00 PM *(hour,* local time 5/10/01 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

MANHATTAN CONSTRUCTION COMPANY
8550 ARLINGTON BOULEVARD
SUITE 204
FAIRFAX, VIRGINIA 22031

DUNS: 05-395-9755

CODE FACILITY CODE

15. TELEPHONE NO. (Include area code)

703/204-1400 703/204-1441(FAX)

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

BANK OF OKLAHOMA
POST OFFICE BOX 2300
TULSA, OK 74912-0001
207571269 ABA 103900036

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

See Section B, Paragraph B.2, Schedule of Items

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | 01 | 02 | 03 | 04 | 05 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 2/12/01 | 2/13/01 | 2/16/01 | 3/19/01 | 4/27/01 | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

JOHN P. BARRON, DIVISION PRESIDENT

20B. SIGNATURE

[signature]

20C. OFFER DATE

MAY 10, 2001

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

Item 01: Base Proposal ($20,664,000.00) and Additive Item 01-B Entry Canopy ($52,000), in accordance with your best and final offer dated May 10, 2001.

22. AMOUNT

$20,716,000.00

23. ACCOUNTING AND APPROPRIATION DATA

153-1201-116 $ 8,974,000.00
053-1201-012 $ 11,742,000.00

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE

USDA, ARS, FD, FCB
Mail Stop 5124
5601Sunnyside Avenue
Beltville, Maryland 20705-5100

27. PAYMENT WILL BE MADE BY

USDA, National Finance Center
NFC, ARB, RS#4, Tano Building
P.O. Box 53326
New Orleans, LA 70153

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ___ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

X 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

LINDA S. WATTS

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY Linda S Watts 5/31/01

31C. AWARD DATE

PERFORMANCE PERIOD: The total time for completion of both buildings is within 24 months from date of Notice to Proceed. The Government has no particular circumstance which would prevent acceptance of a completed facility in less than 24 months. The Government will not be responsible for the costs of additional general conditions or overhead, etc. during this 24 month period .

BID BOND: Offeror shall provide a new updated bid bond in accordance with the original solicitation terms and conditions.

BID ACCEPTANCE PERIOD: The offeror agrees to perform the work required at the prices specified herein in strict accordance with the terms of this solicitation, if this offer is accepted within 60 calendar days after the date best and final offers are due.

B.2 SCHEDULE OF ITEMS is modified on the following pages.

SPECIFICATIONS are modified on the following pages.

Name and Title of Person Authorized to Sign Offer: JOHN P. BARRON, DIVISION PRESIDENT

Signature: ________________ Offer Date: MAY 10, 2001