MANHATTAN CONSTRUCTION COMPANY
8550 Arlington Boulevard, Suite 204
Fairfax, Virginia 22031
703/204-1400 703/204-1441 Fax

SUBCONTRACT
*REVISED September 13, 2001*
*September 14, 2001*

**Date:** July 12, 2001
**Project Name:** Beltsville Human Nutrition Research Center (BHNRC)
**Address:** Center Road, Beltsville, MD 20705
**MCC Project No.:** 2703
**MCC Cost Code:** 150010

**Subcontractor:** Caigeann Mechanical Co., Inc.
**Address:** Post Office Box 274
Clarksville, Maryland 21029
**Attn:** Donna Fleming
**Telephone No.:** 443/535-9487
**Fax No.:** 301/854-0250

1. Subcontractor shall perform all work and furnish all supervision, labor, materials, plans, scaffolding, tools, equipment, supplies, and anything else necessary for the construction and completion of all work described in Exhibit A, and all work incidental thereto or reasonably inferable therefrom, in strict accordance and in full compliance with the terms of the Contract Documents, as defined and described in Exhibit A (all of which is hereinafter referred to as the "Work").

2. Manhattan shall pay Subcontractor, for the performance of the Work, subject to additions and deductions by change order or other Subcontract provisions, the total sum of
Dollars

3. Applications for payment shall be submitted monthly on a date to be determined by Manhattan. Payments shall be made to Subcontractor within five (5) working days of receipts of payment from the Owner subject to the terms and conditions contained in the Manhattan General Provisions.

4. **Payment and performance bonds** (are) ~~(are not)~~ required. ~~in a form attached as Exhibit B. The premium for said bond (shall be paid directly by Manhattan) (is included within the Subcontract Price)~~
   a. Bond premiums shall be paid by the Subcontractor.
   b. Manhattan is to be named with Caigeann Mechanical Company, Inc., as an Dual Obligee on each sub-subcontractor's bond.
   c. Caigeann Mechanical Company, Inc. will supply bonds to cover labor and material as per the attached Addendum "A".
   d. The following language must be included in our Subcontract Agreement with you and your Subcontract Agreements with Siemens and CMC Sheetmetal, respectively: "Manhattan has the right, but not the obligation, to assume all duties and obligations of the subcontractor to the sub-subcontractor and be entitled to enforce all obligations of the sub-subcontractor to the subcontractor at Manhattan's sole election."

5. Caigeann Mechanical Company, Inc. equipment suppliers will be paid, per amounts indicated in Addendum "A", via joint check using Manhattan's Joint Check Agreement (attached as Exhibit "E").

6. Retainage shall be withheld from each pay application in the amount of 10 %

7. Subcontractor must furnish a certificate of insurance in accordance with Manhattan's Subcontractor's Minimum Insurance Requirements attached as Exhibit C and obtain all required insurance prior to commencing its work.

8. The terms and conditions contained in the following documents, including General Provisions – Article 2.5, Indemnification, which are attached hereto, are incorporated herein by reference as if fully written out

| | |
|---|---|
| Manhattan General Provisions | Pages 1 through 9, Dated: July 12, 2001 |
| Exhibit A | Pages 1 - 3 and 1 - 8 |
| Exhibit B | Pages 1-2 |
| Exhibit C | Insurance Requirements |
| Exhibit D | FAR Regulations |
| Exhibit E | Joint Check Agreement |

"Subcontractor
Caigeann Mechanical Co., Inc.

[signature]
Signature

Donna L. Fleming
Printed Name

President
Title

September 17, 2001
Date:

Maryland License Number: 13381329

"Manhattan"
Manhattan Construction Company

[signature]
Signature

John P. Barron
Printed Name

Division President
Title

9/20/01
Date:

EXHIBIT A
THE BELTSVILLE HUMAN NUTRITION RESEARCH CENTER
CAIGEANN MECHANICAL CO., INC.
SCOPE OF SUBCONTRACTOR'S WORK

*REVISED* **September 13, 2001**

| | |
|---|---|
| Division One | GENERAL REQUIREMENTS, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 02300 | EARTHWORK, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 02555 | STEAM DISTRIBUTION, complete; |
| Section 02584 | UNDERGROUND DUCTS AND UTILITY STRUCTURES, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 03300 | CAST-IN-PLACE CONCRETE, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 05500 | METAL FABRICATIONS, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 07270 | FIRESTOPPING, pertinent portions thereof applicable to the work to be performed under his Subcontract; |
| Section 07920 | JOINT SEALANTS, pertinent portions thereof applicable to the work to be performed under this Subcontract. |
| Section 08305 | ACCESS DOORS, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 11400 | FOOD SERVICE EQUIPMENT-PHASE I, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 11451 | RESIDENTIAL APPLIANCES, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 11610 | LABORATORY FUME HOODS, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 11710 | LABORATORY EQUIPMENT, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 12345 | LABORATORY CASEWORK AND FIXTURES, pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 13280 | LEAD COATING WORK PRACTICES – PHASE I, complete; |
| Division 15 | MECHANICAL, complete; |
| Division 16 | ELECTRICAL, Pertinent portions thereof applicable to the work to be performed under this Subcontract; |
| Section 18050 | COMMISSIONING OF HVAC SYSTEMS – PHASE I, complete; |
| Section 18050 | COMMISSIONING OF HVAC SYSTEMS – PHASE II, complete; |

In addition to the foregoing, it is further understood and agreed that this Subcontract also includes the furnishing and installation of the below listed items regardless of whether or not they are in the above specification section(s) or any other specification section(s), or shown on the plans. This Subcontract is all-inclusive and shall contain all supervision, labor, materials, tools, and equipment to complete Subcontractor's scope of work including the following.

1. Submittals and shop drawings. Coordination and coordination drawings including work provided by other trades.
2. "As Built" documents including items furnished by other trades and installed by Division 15.
3. Scaffolds, hoisting, and work platforms required to perform the Work.
4. All trash and debris generated by performing the Work shall be cleaned up, loaded and placed in a GC provided dumpster.
5. Protection of adjacent surfaces while performing the work.

6. Factory and field testing, independent testing, engineering, start up, demonstration, commissioning, and training.
7. Mechanical site work and underground mechanical work complete, including test pits, layout (location and grade), trenching, excavation, backfill, manholes, frames and covers, and anchor bolts. Protect trench soils for re-use. Stockpile excess or unsuitable soils on-site in a designated location.
8. Equipment bases and grouting.
9. All steam tunnel work including but not limited to demolition of existing pipe and supports, new piping and supports, and tie-in to existing system to provide a complete installation.
10. Welding equipment will be gas fired. Electric welding equipment may be used provided Caeigann pays for service if required.
11. Demolition, hole cutting, or patching at steam tunnel tie-in to existing building.
12. Inserts, hangers, and mounting racks for the Work.
13. Guides anchors and supports including coordination.
14. Sleeves and other mechanical penetrations including fire blocking, fire stopping, sealing, sound insulation, sealing collars and roof curbs. Maintain fireproof and water proof integrity.
15. Cutting and patching for work of this Subcontract where the need for such is caused by Subcontractor's failure to perform work in a timely fashion or at correct locations.
16. Furnish and layout access doors for the Work.
17. Receive, unload and take custody of, Government Furnished Equipment (GFE). Set into place, make final connections to, and test the GFE. Protect the GFE until the Government accepts the Work.
18. Provide fuel oil tanks for Government Furnished Generators. Provide mechanical assistance for emergency generator testing.
19. Mechanical identification.
20. Anchorage and layout of mechanical systems.
21. Mechanical connections for equipment furnished by other sections, including but not limited to fume hoods, appliances, walk-in rooms, lab equipment, lab casework service fixtures and kitchen equipment as indicated.
22. Installation only of smoke detectors in ductwork.
23. Hardwire interlock of dampers to equipment variable frequency drives or starters.
24. Fuel oil tanks complete as specified in Division 15.
25. Caulking and sealants associated with the Work.
26. Coordinate all loose fixtures, sinks, fittings and trim furnished by the lab casework subcontract.
27. All control systems complete.
28. Lead paint abatement of mechanical supports in existing steam tunnel. Provide generator for power needed to perform the abatement work.
29. Plumbing Systems complete including grease interceptor and excavation and backfill.
30. Piping connections to tie into site utilities work approximately 5' outside of building.
31. Provide control wiring of kitchen fire suppression system to fans, VFD's, AHU's and gas solenoid valves to meet the contract requirements and local codes.
32. Flange connection to be provided inside building for fire protection contractors connection.
33. Temporary heat and cooling using the permanent systems equipment.
34. Piping and coordination of gas meter tie-in at buildings.
35. Heat tracing as specified and indicated on Mechanical Drawings.
36. Domestic water flow meter.
37. Mechanical louvers and louver blank-off panels for louvers.
38. Subcontractor shall designate a CQC representative from staff who shall assist MCC in the implementation of the CQC program. Duties shall include support and coordination of required testing and inspections, verification of work for sign off sheets, material and equipment receiving inspections and other CQC activities relating to Subcontract work.
39. The scope of work among Divisions 11, 12, 15, 16, and 18 Subcontractors has been coordinated and clarified with the intent of providing complete, integrated, and operable systems in accordance with contract requirements. In the event a dispute regarding scope of work arises between Subcontractors that cannot be mutually resolved, Manhattan will make an assignment of work that shall be accepted by Subcontractor(s).
40. Installation of Under sink disposals specified in Section 11451.
41. All miscellaneous metal work required for the work.
42. Provide schedule information to the Contractor as required to develop and maintain the construction schedule.

EXCLUSIONS:

1. Removal of spoils.
2. Gas meter and pressure regulator.
3. Fire protection system.
4. Loose motor starters.
5. Perforated duct lining.
6. Power wiring that is required under Division 16.
7. Color coding.
8. Architectural louvers.
9. Furnishing of disposals in Section 11451.

UNIT PRICING:

1. Add for drug testing of all personnel to be employed on site. ADD: $150.00 each
The above amount is not-to-exceed unit cost that Manhattan will reimburse Caigeann Mechanical Company, Inc. for actual direct costs (only) incurred for drug testing personnel employed at the project site. Actual costs to be invoiced to Manhattan on a monthly basis. Note: Indirect costs, overhead and fees are not reimbursable.

CONTRACT DOCUMENTS

1. The Subcontract (including all attached and referenced Exhibits).
2. Manhattan General Provisions.
3. The Agreement between Manhattan and the Owner ("Agreement").
4. General Conditions of the Contract.
5. Supplementary and other Conditions.
6. Exhibits and Riders enumerated and attached to the Agreement.
7. All Addenda issued prior to and all modifications issued after execution of the Agreement.
8. Alternates as selected and incorporated herein.
9. Unit Prices.
10. Plans and Specifications as follows:

EXHIBIT A
CONTRACT DOCUMENTS
BELTSVILLE HUMAN NUTRITION RESEARCH CENTER

| TITLE | DESCRIPTION | DATE |
|---|---|---|
| | **GENERAL** | |
| G000 | **Phase 1 and Phase 2** -Cover Sheet, Vicinity Map | 12/1800 |
| G001 | **Phase 1** – Drawing Index, Legend and General Notes | 12/18/00 |
| G001 | **Phase 2** - Drawing Index and Product Information | 12/18/00 |
| | **CIVIL** | |
| C001 | **Phase 1 and Phase 2** - General Notes and Legend | 12/18/00 |
| C101 | **Phase 1 and Phase 2** - Existing Conditions and Demolition Plan | 12/18/00 |
| C103 | **Phase 1 and Phase 2** - Erosion and Sediment Control Notes | 12/18/00 |
| C104 | **Phase 1 and Phase 2** - Vegetative Stabilization Notes | 12/18/00 |
| C201 | **Phase 1 and Phase 2** - Site Layout Plan | 12/18/00 |
| C301 | **Phase 1 and Phase 2** - Site Grading Plan | 12/18/00 |
| C401 | **Phase 1 and Phase 2** - Site Utility Plan | 12/18/00 |
| C501 | **Phase 1 and Phase 2** - Utility Profiles | 12/18/00 |
| C502 | **Phase 2** - Utility Profiles | 12/18/00 |
| C503 | **Phase 1** – Utility Profiles | 12/18/00 |
| C504 | **Phase 1** – Utility Profiles | 12/18/00 |
| C505 | **Phase 1** – Utility Profiles | 12/18/00 |
| C601 | **Phase 1 and Phase 2** - Details | 12/18/00 |
| C602 | **Phase 1 and Phase 2** - Details | 12/18/00 |
| C603 | **Phase 1 and Phase 2** - Details | 12/18/00 |
| C604 | **Phase 1 and Phase 2** - Erosion and Sediment Control Details | 12/18/00 |
| | **LANDSCAPE** | |
| L101 | **Phase 2** - Site Features Layout Plan and Details | 12/18/00 |
| L201 | **Phase 1 and Phase 2** - Planting Plan | 12/18/00 |
| L202 | **Phase 1 and Phase 2** - Planting Details | 12/18/00 |
| L203 | Afforestation Plan | 02/01/01 |
| | **ARCHITECTURAL** | |
| A200 | **Phase 1 and Phase 2** - Basement Floor Plan and Details | 12/18/00 |
| A201 | **Phase 1 and Phase 2** - First Floor Plan and Details | 12/18/00 |
| A202 | **Phase 1 and Phase 2** - Second Floor Plan | 12/18/00 |
| A203 | **Phase 1 and Phase 2** - Attic Floor Plan and Details | 12/18/00 |
| A204 | **Phase 1 and Phase 2** - Roof Plan and Details | 12/18/00 |
| A301 | **Phase 1 and Phase 2** - Building Elevations | 12/18/00 |
| A302 | **Phase 1 and Phase 2** - Building Elevations and Details | 12/18/00 |
| A303 | **Phase 1 and Phase 2** - Enlarged Elevations | 12/18/00 |
| A304 | **Phase 1** – Window Wall Frame Details | 12/18/00 |
| A304 | **Phase 2** - Elevations and Window Wall Frame Details | 12/18/00 |
| A305 | **Phase 1** – Plans, Elevations Sections and Details – Dining | 12/18/00 |
| A305 | **Phase 2** - Enlarged Plans and Details | 12/18/00 |
| A306 | **Phase 1** – Enlarged Details | 12/18/00 |
| A306 | **Phase 2** - Enlarged Sections and Details | 12/18/00 |
| A307 | **Phase 1** – Building Plans | 12/18/00 |
| A308 | **Phase 1** – Enlarged Sections | 12/18/00 |
| A309 | **Phase 1** – Enlarged Details | 12/18/00 |
| A400 | **Phase 1 and Phase 2** - Building Sections | 12/18/00 |
| A401 | **Phase 1 and Phase 2** - Wall Sections and Details | 12/18/00 |
| A402 | **Phase 1 and Phase 2** - Wall Sections and Details | 12/18/01 |
| A500 | **Phase 1 and Phase 2** - Basement Floor Reflected Ceiling Plan | 12/18/00 |
| A501 | **Phase 1 Phase 2** - First Floor Reflected Ceiling Plan and Details | 12/18/00 |
| A502 | **Phase 1 and Phase 2** - Second Floor Reflected Ceiling Plan | 12/18/00 |

| | | |
|---|---|---|
| A503 | **Phase 1 and Phase 2** - Attic Floor Reflected Ceiling Plan | 12/18/00 |
| A600 | **Phase 1 and Phase 2** - Stair Plans Sections and Details | 12/18/00 |
| A601 | **Phase 1 and Phase 2** – Elevator Plans, Sections and Details | 12/18/00 |
| A700 | **Phase 1 and Phase 2** – Enlarged Toilet Plans and Elevations | 12/18/00 |
| A701 | **Phase 1 and Phase 2** – Enlarged Interior Elevations and Details | 12/18/00 |
| A702 | **Phase 1 and Phase 2** - Phase 2 - Interior Windows and Elevations | 12/18/00 |
| A800 | **Phase 1 and Phase 2** – Room Finish Schedule | 12/18/00 |
| A801 | **Phase 1 and Phase 2** – Door Schedule | 12/18/00 |
| A802 | **Phase 1 and Phase 2** – Door Details | 12/18/00 |
| A803 | **Phase 1 and Phase 2** – Partition Types | 12/18/00 |
| A900 | **Phase 1 and Phase 2** - Laboratory Casework Legend and General Notes | 12/18/00 |
| A901 | **Phase 1** – Laboratory Casework Elevations and Plan | 12/18/00 |
| A901 | **Phase 2** - Laboratory Casework Plan and Elevations | 12/18/00 |
| A902 | **Phase 1 and Phase 2** - Laboratory Casework | 12/18/00 |
| A910 | **Phase 1 and Phase 2** - Entrance Canopy Plans Elevations and Details | 12/18/00 |
| A911 | **Phase 2** - Walkway Canopy Plans – Sections- Details | 12/18/00 |
| A912 | **Phase 2** - Walkway Canopy Sections and Elevations | 12/18/00 |
| | **FOOD SERVICE** | |
| FS201 | **Phase 1** – Equipment Plan | 12/18/00 |
| FS202 | **Phase 1** – Equipment Schedule | 12/18/00 |
| FS203 | **Phase 1** – Electrical Spot Connection Plan | 12/18/00 |
| FS204 | **Phase 1** – Plumbing Spot Connection Plan | 12/18/00 |
| FS 205 | **Phase 1** – Ventilation Spot Connection Plan | 12/18/00 |
| FS206 | **Phase 1** – Special Conditions Plan | 12/18/00 |
| FS207 | **Phase 1** – Equipment Schedule | 12/18/00 |
| | **INTERIORS** | |
| I201 | **Phase 1 and Phase 2** - First Floor Finish and Pattern Plan | 12/18/00 |
| I202 | **Phase 1 and Phase 2** - Second Floor Finish and Pattern Plan | 12/18/00 |
| I300 | **Phase 1 and Phase 2** - Toilet Floor Finish Plans and Elevations | 12/18/00 |
| I301 | **Phase 1 and Phase 2** - Wall Finishes Plan, Elevations and Details | 12/18/00 |
| I302 | **Phase 1 and Phase 2** – Wall Finishes Plan, Elevations and Details | 12/18/00 |
| | **STRUCTURAL** | |
| S001 | **Phase 1 and Phase 2** - Structural General Notes | 12/18/00 |
| S200 | **Phase 1 and Phase 2** – Foundation Plan | 12/18/00 |
| S201 | **Phase 1 and Phase 2** – First Floor Plan | 12/18/00 |
| S202 | **Phase 1 and Phase 2** – Second Floor Plan | 12/18/00 |
| S203 | **Phase 1 and Phase 2** – Attic Floor Plan | 12/18/00 |
| S204 | **Phase 1 and Phase 2** – Roof Framing Plan | 12/18/00 |
| S401 | **Phase 1 and Phase 2** – Schedules and Details | 12/18/00 |
| S402 | **Phase 1 and Phase 2** - Concrete Beam and Slab Schedules and Details | 12/18/00 |
| S501 | **Phase 1 and Phase 2** – Typical Concrete Details | 12/18/00 |
| S502 | **Phase 1 and Phase 2** – Concrete Details | 12/18/00 |
| S503 | **Phase 1 and Phase 2** - Sections and Details | 12/18/00 |
| S504 | **Phase 1 and Phase 2** – Sections and Details | 12/18/00 |
| S505 | **Phase 1 and Phase 2** – Sections and Details | 12/18/00 |
| S506 | **Phase 1** – Partial Steam Tunnel Pipe Support Plan | 12/18/00 |
| S506 | **Phase 2** -Canopy Plans and Details | 12/18/00 |
| S507 | **Phase 1** – Steam Tunnel Pipe Support Details | 12/18/00 |
| | **FIRE PROTECTION AND FIRE ALARM** | |
| F000 | **Phase 1 and Phase 2** – Fire Protection Legend, Details and Riser | 12/18/00 |
| F001 | **Phase 1 and Phase 2** – Fire Alarm Legend, Information and Details | 12/18/00 |
| F200 | **Phase 1 and Phase 2** – Basement and First Floor Fire Protection Plan | 12/18/00 |
| F201 | **Phase 1 and Phase 2** – Second Floor and Attic Fire Protection Plan | 12/18/00 |
| F800 | **Phase 1 and Phase 2** – Fire Protection Schedules and Details | 12/18/00 |
| | **LIFE SAFETY** | |
| B000 | **Phase 1 and Phase 2** – Life Safety Information Sheet | 12/18/00 |

| | | |
|---|---|---|
| B200 | Phase 1 and Phase 2 – Basement and First Floor Life Safety Plan | 12/18/00 |
| B201 | Phase 1 and Phase 2 – Second Floor and Attic Life Safety Plan | 12/18/00 |
| | **PLUMBING** | |
| P001 | Phase 1 and Phase 2– Symbols, Abbreviations and General Notes | 12/18/00 |
| P200 | Phase 1 and Phase 2 – Basement and First Floor Plumbing Plan | 12/18/00 |
| P201 | Phase 1 and Phase 2 – Second Floor and Attic Plumbing Plan | 12/18/00 |
| P202 | Phase 1 and Phase 2 – Roof Plan Plumbing | 12/18/00 |
| P300 | Phase 1 and Phase 2 – Partial Toilet Room Plan | 12/18/00 |
| P301 | Phase 1 and Phase 2 – Partial Plans/Sections | 12/18/00 |
| P302 | Phase 1 – Partial Kitchen Plans | 12/18/00 |
| P400 | Phase 1 and Phase 2 – Domestic and Ro Water Riser Diagram | 12/18/00 |
| P401 | Phase 1 and Phase 2 – Sanitary and Vent Riser Diagram | 12/18/00 |
| P402 | Phase 1 – Chemical Waste and Vent/Storm Riser Diagram | 12/18/00 |
| P402 | Phase 2 – Storm, Chemical Waste and Vent Riser | 12/18/00 |
| P403 | Phase 1 and Phase 2 – Air, Gas and Vacuum Riser Diagram | 12/18/00 |
| P404 | Phase 1 – Kitchen Sanitary/Vent Riser Diagram | 12/18/00 |
| P405 | Phase 1 – Kitchen Domestic Riser Diagram | 12/18/00 |
| P600 | Phase 1 and Phase 2 – Details Plumbing | 12/18/00 |
| P700 | Phase 1 – Plumbing Schedules | 12/18/00 |
| P700 | Phase 2 – Schedules | 12/18/00 |
| | **MECHANCIAL** | |
| M001 | Phase 1 and Phase 2 – HVAC Symbols, Notes and Abbreviations | 12/18/00 |
| M100 | Phase 1 and Phase 2 – Mechanical Site Plan | 12/18/00 |
| M200 | Phase 1 and Phase 2 – HVAC Basement Floor Plan | 12/18/00 |
| M201 | Phase 1 and Phase 2 – HVAC First Floor Plan | 12/18/00 |
| M202 | Phase 1 and Phase 2 – HVAC Second Floor Plan | 12/18/00 |
| M203 | Phase 1 – HVAC Attic Plan | 12/18/00 |
| M203 | Phase 2 – HVAC Attic Floor Plan | 12/18/00 |
| M210 | Phase 1 – Steam Tunnel Plan Demolition | 12/18/00 |
| M211 | Phase 1 – Steam Tunnel Plan New Work | 12/18/00 |
| M212 | Phase 1 – Building 307 Demolition and New Work | 12/18/00 |
| M300 | Phase 1 – Construction Phasing | 12/18/00 |
| M301 | Phase 1 and Phase 2 – Mechanical Room Enlarged Plan | 12/18/00 |
| M302 | Phase 1 and Phase 2 – Attic Sections | 12/18/00 |
| M303 | Phase 1 and Phase 2 – Mechanical Room Sections | 12/18/00 |
| M304 | Phase 1 – HVAC Partial Plans and Sections | 12/18/00 |
| M401 | Phase 1 and Phase 2 – HVAC Steam and Condensate Piping Flow Diagram | 12/18/00 |
| M402 | Phase 1 and Phase 2 – HVAC Hot Water Piping Flow Diagram | 12/18/00 |
| M403 | Phase 1 and Phase 2 – HVAC Chilled and Condenser Water Piping Diagrams | 12/18/00 |
| M501 | Phase 1 and Phase 2 – HVAC Air Systems Flow Diagrams | 12/18/00 |
| M601 | Phase 1 and Phase 2 – HVAC Control Diagrams | 12/18/00 |
| M602 | Phase 1 and Phase 2 – HVAC Control Diagrams | 12/18/00 |
| M701 | Phase 1 and Phase 2 – HVAC Details | 12/18/00 |
| M702 | Phase 1 and Phase 2 – HVAC Details | 12/18/00 |
| M703 | Phase 1 and Phase 2 – HVAC Details | 12/18/00 |
| M704 | Phase 1 and Phase 2 – HVAC Details | 12/18/00 |
| M801 | Phase 1 and Phase 2 – HVAC Schedules | 12/18/00 |
| M802 | Phase 1 and Phase 2 – HVAC Schedules | 12/18/00 |
| M803 | Phase 1 and Phase 2 – HVAC Point Function Schedule | 12/1800 |
| M804 | Phase 1 and Phase 2 – HVAC Point Function Schedule | 12/18/00 |
| | **ELECTRICAL** | |
| E001 | Phase 1 and Phase 2 – Electrical Symbols, Notes and Abbreviations | 12/18/00 |
| E101 | Phase 1 and Phase 2 – Single Line Diagram | 12/18/00 |
| E102 | Phase 1 and Phase 2 – Power Riser Diagrams | 12/18/00 |
| E103 | Phase 1 and Phase 2 – Lighting Control Wiring Diagrams | 12/18/00 |
| E104 | Phase 1 and Phase 2 – Lighting Control Wiring Diagrams | 12/18/00 |

| | | |
|---|---|---|
| E201 | **Phase 1 and Phase 2** – Electrical Site Plan | 12/18/00 |
| E202 | **Phase 1** – Electrical Steam Tunnel Plan | 12/18/00 |
| E300 | **Phase 1 and Phase 2** – Basement Floor Plan Lighting | 12/18/00 |
| E301 | **Phase 1 and Phase 2** – First Floor Plan Lighting | 12/18/00 |
| E302 | **Phase 1 and Phase 2** – Second Floor Plan Lighting | 12/18/00 |
| E303 | **Phase 1 and Phase 2** – Attic Floor Plan Lighting | 12/18/00 |
| E400 | **Phase 1 and Phase 2** – Basement Floor Plan Power | 12/18/00 |
| E401 | **Phase 1 and Phase 2** – First Floor Plan Power | 12/18/00 |
| E402 | **Phase 1 and Phase 2** – Second Floor Plan Power | 12/18/00 |
| E403 | **Phase 1** – Attic Floor Plan Power | 12/18/00 |
| E404 | **Phase 1 and Phase 2** – Roof Plan Lightning Protection | 12/18/00 |
| E601 | **Phase 1 and Phase 2** – Enlarged Plans | 12/18/00 |
| E602 | **Phase 1** – Enlarged Kitchen Plans | 12/18/00 |
| E701 | **Phase 1 and Phase 2** – Lighting Fixture Schedules | 12/18/00 |
| E702 | **Phase 1 and Phase 2** – Mechanical Equipment Schedule | 12/18/00 |
| E703 | **Phase 1 and Phase 2** – Motor Control Center Schedule | 12/18/00 |
| E704 | **Phase 1** – Kitchen Equipment Schedule | 12/18/00 |
| E704 | **Phase 2** – Panel Board Schedules | 12/18/00 |
| E705 | **Phase 1 and Phase 2** – Panel board Schedules | 12/18/00 |
| E706 | **Phase 1 and Phase 2** – Panel board Schedules | 12/18/00 |
| E707 | **Phase 1** – Panel Board Schedules | 12/18/00 |
| E801 | **Phase 1 and Phase 2** – Electrical Details | 12/18/00 |
| E802 | **Phase 1 and Phase 2** – Electrical Details | 12/18/00 |
| E803 | **Phase 1 and Phase 2** – Electrical Details | 12/18/00 |
| | **TELECOMMUNICATIONS/SECURITY** | |
| T001 | **Phase 1 and Phase 2** – Telecom/Security Legend, Abbreviations, Index and General Notes | 12/18/00 |
| T100 | **Phase 1 and Phase 2** – Telecom/Security Outside Plant Diagram | 12/18/00 |
| T101 | **Phase 1 and Phase 2** – Telecom/Security Voice/Data Topology Diagram | 12/18/00` |
| T102 | **Phase 1 and Phase 2** – Telecom/Security Voice/Data Riser Diagram | 12/18/00 |
| T103 | **Phase 1 and Phase 2** – Telecom/Security Security Block Diagrams | 12/18/00 |
| T200 | **Phase 1 and Phase 2** – Telecom/Security Basement Floor Plan | 12/18/00 |
| T201 | **Phase 1 and Phase 2** – Telecom/Security First Floor Plan | 12/18/00 |
| T202 | **Phase 1 and Phase 2** – Telecom/Security Second Floor Plan | 12/18/00 |
| T203 | **Phase 1 and Phase 2** – Telecom/Security Attic Floor Plan | 12/18/00 |
| T300 | **Phase 1** – Telecom/Security Telecom Space | 12/18/00 |
| T300 | **Phase 2** – Telecom/Security Lan Room Floor Plan | 12/18/00 |
| T301 | **Phase 2** – Telecom/Security Closet Plans | 12/18/00 |
| T700 | **Phase 1 and Phase 2** – Telecommunications Center Spline Tray | 12/18/00 |
| T701 | **Phase 1 and Phase 2** – Telecomnunications Ladder Tray | 12/18/00 |
| T702 | **Phase 1 and Phase 2** – Telecommunications Miscellaneous | 12/18/00 |
| T703 | **Phase 1 Phase 2** – Security Wiring Details | 12/18/00 |
| | **SPECIFICATIONS** | |
| | **DIVISION 1 – GENERAL REQUIREMENTS** | |
| 01010 | Summary Of Work | 12/18/00 |
| 01016 | Safety During Construction | 12/18/00 |
| 01035 | Modification Procedures | 12/18/00 |
| 01040 | Project Coordination | 12/18/00 |
| 01045 | Cutting And Patching | 12/18/00 |
| 01050 | Field Engineering | 12/18/00 |
| 01095 | Reference Standards And Definitions | 12/18/00 |
| 01105 | Special Conditions | 12/18/00 |
| 01200 | Project Meetings | 12/18/00 |
| 01300 | Submittals | 12/18/00 |
| 01305 | Metric Standards | 12/18/00 |
| 01310 | Progress Schedules | 12/18/00 |
| 01370 | Schedule Of Values | 12/18/00 |

| | | |
|---|---|---|
| 01400 | Quality Control | 12/18/00 |
| 01500 | Temporary Facilities And Controls | 12/18/00 |
| 01560 | Environmental Protection | 12/18/00 |
| 01600 | Materials and Equipment | 12/18/00 |
| 01631 | Products and Substitutions | 12/18/00 |
| 01700 | Contract Closeout | 12/18/00 |
| 01730 | Operation and Maintenance Data | 12/18/00 |
| 01732 | Selective Demolition | 12/18/00 |
| 01740 | Warranties and Bonds | 12/18/00 |
| 01781 | Project Record Documents | 12/18/00 |
| | **DIVISION 2 – SITEWORK** | |
| 02230 | Site Clearing – Phase 1 | 12/18/00 |
| 02230 | Site Clearing – Phase 2 | 12/18/00 |
| 02231 | Tree Protection And Trimming | 12/18/00 |
| 02276 | Modular Concrete Retaining Wall | 12/18/00 |
| 02300 | Earthwork | 12/18/00 |
| 02510 | Water Distribution – Phase 1 | 12/18/00 |
| 02510 | Water Distribution – Phase 2 | 12/18/00 |
| 02511 | Hot-Mix Asphalt Paving | 12/18/00 |
| 02530 | Sanitary Sewerage | 12/18/00 |
| 02555 | Steam Distribution | 12/18/00 |
| 02584 | Underground Ducts And Utility Structures | 12/18/00 |
| 02630 | Storm Drainage – Phase 1 | 12/18/00 |
| 02630 | Storm Drainage – Phase 2 | 12/18/00 |
| 02711 | Foundation Drainage Systems | 12/18/00 |
| 02751 | Cement Concrete Pavement | 12/18/00 |
| 02781 | Stone Paving – Phase 1 | 12/18/00 |
| 02781 | Stone Paving – Phase 2 | 12/18/00 |
| 02870 | Site Furnishings | 12/18/00 |
| 02900 | Landscaping | 12/18/00 |
| 02905 | Afforestation Planting | 02/01/01 |
| 02925 | Soil Preparation | 02/01/01 |
| 02930 | Grass | 12/18/00 |
| | **DIVISION 3 – CONNCRETE** | |
| 03300 | Cast-In-Place Concrete | 12/18/00 |
| 03450 | Architectural Precast Concrete – Plant Cast | 12/18/00 |
| | **DIVISION 4 – MASONRY** | |
| 04200 | Unit Masonry | 12/18/00 |
| 04851 | Limestone Cladding | 12/18/00 |
| | **DIVISION 5 – METALS** | |
| 05120 | Structural Steel | 12/18/00 |
| 05310 | Steel Deck | 12/18/00 |
| 05500 | Metal Fabrications | 12/18/00 |
| 05521 | Pipe And Tube Railings | 12/18/00 |
| 05580 | Formed-Metal Fabrications | 12/18/00 |
| | **DIVISION 6 – WOOD AND PLASTICS** | |
| 06105 | Miscellaneous Carpentry | 12/18/00 |
| 06402 | Interior Architectural Woodwork – Phase 1 | 12/18/00 |
| 06402 | Interior Architectural Woodwork – Phase 2 | 12/18/00 |
| | **DIVISION 7 – THERMAL AND MOSITURE RPOTECTION** | |
| 07110 | Sheet Membrane Waterproofing | 12/18/00 |
| 07210 | Building Insulation | 12/18/00 |
| 07270 | Firestopping | 12/18/00 |
| 07411 | Manufactured Roof Panels | 03/19/01 |
| 07412 | Insulated Metal Wall Panels | 12/18/00 |
| 07531 | EPDM Single-Ply Membrane Roofing | 02/01/01 |

| | | |
|---|---|---|
| 07620 | Sheet Metal Flashing and Trim | 02/01/01 |
| 07720 | Roof Accessories | 02/01/01 |
| 07920 | Joint Sealants | 02/01/01 |
| | **DIVISION 8 – DOORS** | |
| 08110 | Standard Steel Doors And Frames | 12/18/00 |
| 08211 | Flush Wood Doors | 12/18/00 |
| 08305 | Access Doors | 12/18/00 |
| 08331 | Overhead Coiling Doors | 12/18/00 |
| 08410 | Aluminum Entrances | 12/18/00 |
| 08631 | Insulated Translucent Skylight System | 12/18/00 |
| 08710 | Door Hardware | 12/18/00 |
| 08800 | Glazing | 12/18/00 |
| 08830 | Mirrored Glass | 12/18/00 |
| 08920 | Aluminum Window Wall Systems | 12/18/00 |
| | **DIVISION 9 – FINSHES** | |
| 09260 | Gypsum Board Assemblies | 12/18/00 |
| 09263 | Gypsum Board Shaft-Wall Assemblies | 12/18/00 |
| 09310 | Ceramic Tile | 12/18/00 |
| 09512 | Acoustical Tile Ceilings – Phase 1 | 12/18/00 |
| 09512 | Acoustical Tile Ceilings – Phase 2 | 12/18/00 |
| 09653 | Resilient Wall Base And Accessories | 12/18/00 |
| 09654 | Linoleum Floor Coverings | 12/18/00 |
| 09681 | Carpet Tile | 12/18/00 |
| 09800 | Special Coatings | 12/18/00 |
| 09900 | Painting | 12/18/00 |
| 09950 | Vinyl Wall Coverings | 12/18/00 |
| | **DIVISION 10 – SPECIALTIES** | |
| 10100 | Visual Display Boards | 12/18/00 |
| 10155 | Toilet Compartments | 12/18/00 |
| 10200 | Louvers And Vents | 12/18/00 |
| 10265 | Impact-Resistant Wall Protection – Phase 1 | 12/18/00 |
| 10265 | Impact-Resistant Wall Protection – Phase 2 | 12/18/00 |
| 10416 | Bulletin Boards | 12/18/00 |
| 10425 | Signs | 02/01/01 |
| 10505 | Metal Lockers – Phase 1 | 12/18/00 |
| 10522 | Fire Extinguishers, Cabinets, And Accessories | 12/18/00 |
| 10605 | Wire Mesh Partitions | 12/18/00 |
| 10651 | Operable Panel Partitions – Phase 1 | 12/18/00 |
| 10801 | Toilet And Bath Accessories | 12/18/00 |
| | **DIVISION 11 – EQUIPMENT** | |
| 11132 | Projection Screens | 12/18/00 |
| 11400 | Food Service Equipment – Phase 1 | 12/18/00 |
| 11451 | Residential Appliances | 12/18/00 |
| 11610 | Laboratory Fume Hoods | 12/18/00 |
| 11614 | Calorimetric Rooms – Phase 1 | 12/18/00 |
| 11615 | Walk-in Rooms, Scientific | 12/18/00 |
| 11710 | Laboratory Equipment | 12/18/00 |
| 11711 | Bio-safety Cabinet – Phase 2 (Deleted in Amendment #4) | 12/18/00 |
| | **DIVISION 12 – FURNISHINGS** | |
| 12345 | Laboratory Casework And Fixtures | 12/18/00 |
| 12347 | Metal Laboratory Casework | 12/18/00 |
| 12356 | Kitchen Casework | 12/18/00 |
| 12490 | Manual Roller Shades | 12/18/00 |
| 12491 | Horizontal Louver Blinds | 12/18/00 |
| | **DIVISION 13 – SPECIAL CONSTURCTION** | |
| 12100 | Lighting Protection | 12/18/00 |

| | | |
|---|---|---|
| 13280 | Lead Coating Work Practices – Phase 1 | 02/01/01 |
| 13720 | Intrusion Detection And Duress Switches Systems | 12/18/00 |
| 13740 | Electronic Access Control System | 12/18/00 |
| 13851 | Fire Alarm Systems | 12/18/00 |
| 13916 | Water-Based Suppression Systems | 12/18/00 |
| | **DIVISION 14 – CONVEYING SYSTEMS** | |
| 14100 | Dumbwaiters – Phase 1 | 12/18/00 |
| 14240 | Hydraulic Elevator | 12/18/00 |
| | **DIVISION 15 – MECHANICAL** | |
| 15050 | Basic Mechanical Materials And Methods | 12/18/00 |
| 15060 | Hangers And Supports | 12/18/00 |
| 15075 | Mechanical Identification | 12/18/00 |
| 15081 | Duct Insulation | 12/18/00 |
| 15082 | Equipment Insulation | 12/18/00 |
| 15083 | Pipe Insulation | 12/18/00 |
| 15100 | Valves | 12/18/00 |
| 15121 | Pipe Expansion Loops | 12/18/00 |
| 15122 | Meters and Gages | 12/18/00 |
| 15140 | Domestic Water Piping | 12/18/00 |
| 15150 | Sanitary Waste And Vent Piping | 12/18/00 |
| 15170 | Motors | 12/18/00 |
| 15171 | Variable Frequency Drives | 12/18/00 |
| 15181 | Hydraulic Piping | 12/18/00 |
| 15182 | Steam Condensate Piping | 12/18/00 |
| 15183 | Refrigerant Piping | 12/18/00 |
| 15185 | Hydraulic Pumps | 12/18/00 |
| 15186 | Steam Condensation Pumps | 12/18/00 |
| 15189 | HVAC Water Treatment | 12/18/00 |
| 15191 | Fuel Oil Piping – Phase 1 | 12/18/00 |
| 15212 | Laboratory Vacuum Piping | 12/18/00 |
| 15240 | Noise Control, Acoustical Treatment | 12/18/00 |
| 15241 | Mechanical Vibration Controls | 12/18/00 |
| 15253 | Laboratory Vacuum Equipment | 12/18/00 |
| 15410 | Plumbing Fixtures | 12/18/00 |
| 15430 | Plumbing Specialties – Phase 1 | 12/18/00 |
| 15430 | Plumbing Specialties – Phase 2 | 12/18/00 |
| 15444 | Packaged Booster Pumps | 12/18/00 |
| 15445 | Sump Pumps | 12/18/00 |
| 15481 | Compressed-Air Systems | 12/18/00 |
| 15487 | Domestic Water Heat Exchangers | 12/18/00 |
| 15490 | Laboratory Systems | 12/18/00 |
| 15493 | Reagent Grade Water Systems (To-Type III) | 12/18/00 |
| 15640 | Packaged Cooling Towers | 12/18/00 |
| 15684 | Rotary-Screw Chillers | 12/18/00 |
| 15710 | Heat Exchangers | 12/18/00 |
| 15738 | Split System Air Condensing Unit – Phase 1 | 12/18/00 |
| 15766 | Cabinet Unit Heaters | 12/18/00 |
| 15775 | Electric Heating Cables | 12/18/00 |
| 15815 | Metal Ducts – Phase 1 | 12/18/00 |
| 15820 | Duct Accessories | 12/18/00 |
| 15838 | Power Ventilators – Phase 1 | 12/18/00 |
| 15838 | Power Ventilators – Phase 2 | 12/18/00 |
| 15845 | Air Terminals | 12/18/00 |
| 15854 | Central-Station Air-Handling Units | 12/18/00 |
| 15855 | Diffusers, Registers, And Grilles | 12/18/00 |
| 15935 | Laboratory Airflow Control System – Phase 1 | 12/18/00 |

| | | |
|---|---|---|
| 15935 | Laboratory Airflow Control System – Phase 2 | 12/18/00 |
| 15975 | Building Automation – Phase 1 | 12/18/00 |
| 15975 | Building Automation – Phase 2 | 12/18/00 |
| 15990 | Testing, Adjusting, and Balancing | 12/18/00 |
| | **DIVISION 16** | |
| 16050 | Basic Electrical Materials And Methods | 12/18/00 |
| 16060 | Grounding and Bonding | 12/18/00 |
| 16120 | Conductors and Cables | 12/18/00 |
| 16124 | Medium-Voltage Cables | 12/18/00 |
| 16130 | Raceways and Boxes | 12/18/00 |
| 16140 | Wiring Devices | 12/18/00 |
| 16145 | Lighting Control Devices | 12/18/00 |
| 16231 | Packaged Engine Generators | 12/18/00 |
| 16289 | Transient Voltage Suppression | 12/18/00 |
| 16350 | Medium-Voltage Transformers | 12/18/00 |
| 16410 | Enclosed Switches and Circuit Breakers | 12/18/00 |
| 16415 | Transfer Switches | 12/18/00 |
| 16420 | Enclosed Controllers | 12/18/00 |
| 16441 | Switchboards | 12/18/00 |
| 16442 | Panelboards | 12/18/00 |
| 16443 | Motor-Control Centers | 12/18/00 |
| 16450 | Enclosed Bus Assemblies | 12/18/00 |
| 16461 | Dry-Type Transformers (1000 V and Less) | 12/18/00 |
| 16491 | Fuses | 12/18/00 |
| 16511 | Interior Lighting | 12/18/00 |
| 16521 | Exterior Lighting | 12/18/00 |
| 16570 | Dimming Controls | 12/18/00 |
| | **DIVISION 17 – TELECOMMUNICATIONS** | |
| 17200 | Voice/Data Cable Plant | 12/18/00 |
| 17744 | Telecommunications Cable Trays | 12/18/00 |
| | **DIVISION 18 – COMMISSIONING** | |
| 18050 | Commissioning of HVAC Systems – Phase 1 | 12/18/00 |
| 18050 | Commissioning of HVAC System – Phase 2 | 12/18/00 |
| 185051 | Follow-up Testing For Electrical Equipment | 12/18/00 |
| | **AMENDMENTS** | |
| 01 | | 02/01/01 |
| 02 | | 02/13/01 |
| 03 | | 02/16/01 |
| 04 | | 03/19/01 |
| 05 | | 04/27/01 |