IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-376C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

For its answer to the complaint, defendant admits, denies and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Admits the allegation contained in paragraph 2.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

4. The allegations contained in paragraph 4 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

5. Admits the allegations contained in paragraph 5 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Denies the allegations contained in paragraph 8.

9. Admits the allegations contained in paragraph 9 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. Denies the allegations contained in paragraph 10.

11. Admits the allegations contained in paragraph 11 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 11.

12. Admits the allegations contained in paragraph 12 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. Admits the allegations contained in paragraph 13 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 13.

14. The allegations contained in paragraph 14 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

15. Admits the allegations contained in paragraph 15 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. The allegations contained in paragraph 18 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

19. Admits the allegations contained in paragraph 19 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Admits the allegations contained in paragraph 20 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegations contained in paragraph 21 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. The allegations contained in paragraph 22 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

23. Admits the allegations contained in paragraph 23 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 23.

24. Denies the allegation contained in paragraph 24.

25. The allegations contained in paragraph 25 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

26. Admits the allegations contained in paragraph 26 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 26.

27. Admits the allegations contained in paragraph 27 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 27.

28. The allegations contained in paragraph 28 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

29. Denies the allegations contained in paragraph 29.

30. Defendant incorporates by reference its responses contained in paragraphs 1 through 29 of its answer as though fully set forth herein.

31. Denies the allegations contained in paragraph 31.

32. The allegations contained in paragraph 32 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

33. Defendant incorporates by reference its responses contained in paragraphs 1 through 29 of its answer as though fully set forth herein.

34. Denies the allegations contained in paragraph 34.

35. Denies the allegations contained in paragraph 35.

36. The allegations contained in paragraph 36 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

37. Admits that the allegation contained in paragraph 37 that the Government did not provide an equitable adjustment; denies the remaining allegations contained in paragraph 37.

38. Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 37, or to any relief whatsoever.

39. Defendant denies each and every allegation not previously admitted or denied.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

May 13, 2005

Attorneys for Defendant