# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, * No. 05-376C

v. * Filed: July 19, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Judge Williams denied the Government's motion to consolidate this case with Manhattan Construction Co., 05-373C. Consequently, this case will move forward on an independent basis. The parties will exchange documents by August 1 and designate expert witnesses, if any, by September 15. Fact witness discovery will be completed by October 31. All discovery will close December 15. We advise the parties to agree on a time for a status conference and contact the court during the week of December 19 to inform us of a time that is mutually convenient.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge