# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, * No. 05-376C

v. * Filed: January 6, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Discovery closed on December 15. The parties are reminded to contact the court no later than January 13 to schedule a status conference.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge