USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

March 17, 2004

IN REPLY
REFER TO: Contracting Officer's Final Decision
Contract No. 50-3K15-1-0900
COR No. 77, Steam Trap at High Pressure Risers Phase II

Mr. Ted Baker
Manhattan Construction Co.
8550 Arlington Blvd.
Fairfax, VA 22132

Dear Mr. Baker:

This is to respond to Mr. Philip Mack's request dated December 9, 2002, to settle Change Order Request (COR) No. 77, Steam Trap at High Pressure Riser Phase II in the amount of $4,757.

In a memo from the previous Contracting Officer (Ms. Linda Watts) dated December 12, 2002, which also referenced Low Pressure Steam Traps at Risers, your company was advised that the Specification Section 15182, Part 3.6.L.4 required drip legs and steam traps at low and natural drainage points, including bottoms of risers. It remains the Government's position that this work was included in the contract and is not a constructive change. Therefore, no additional funds are owed your company.

In accordance with the Federal Acquisition Regulation (FAR) Clause 52.233-1, Disputes, you are entitled to submit a claim to the Contracting Officer within 6 (six) years after accrual of the claim.

Please feel free to call me at (301) 504-1179 if you have any questions regarding this matter.

Sincerely,

Regina M. Herchak

REGINA M. HERCHAK
Contracting Officer

cc:
S. Morgan, FD
J. Akkawi, JFI

USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

March 17, 2004

IN REPLY
REFER TO: Contracting Officer's Final Decision
Contract No. 50-3K15-1-0900
COR No. 75, Provide Traps at the Low Pressure
Steam Risers Phase I & II

Mr. Ted Baker
Manhattan Construction Co.
8550 Arlington Blvd.
Fairfax, VA 22132

Dear Mr. Baker:

This is to respond to Mr. Philip Mack's request dated November 4, 2003, for reconsideration to settle Change Order Request (COR) No. 75, Provide Traps at Low Pressure Risers (mistakenly numbered COR #74) in the amount of $11,915, dated November 22, 2002.

In a memo from the previous Contracting Officer (Ms. Linda Watts) dated December 12, 2002, which also referenced High Pressure Steam Traps at Risers, your company was advised that the Specification Section 15182, Part 3.6.L.4 required drip legs and steam traps at low and natural drainage points, including bottoms of risers. It remains the Government's position that this work was included in the contract and is not a constructive change. Therefore, no additional funds are owed your company.

In accordance with the Federal Acquisition Regulation (FAR) Clause 52.233-1, Disputes, you are entitled to submit a claim to the Contracting Officer within 6 (six) years after accrual of the claim.

Please feel free to call me at (301) 504-1179 if you have any questions regarding this matter.

Sincerely,

Regina M. Herchak

REGINA M. HERCHAK
Contracting Officer

cc:
S. Morgan, FD
J. Akkawi, JFI

ars

Administrative and Financial Management
Facilities Division, Facilities Contracts Branch
5601 Sunnyside Avenue, Mail Stop 5124 – Beltsville, MD 20705-5100
Telephone: (301) 504-1179 – Fax No.: (301) 504-1187 – E-Mail: rherchak@ars.usda.gov
An Equal Opportunity Employer

USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

March 17, 2004

IN REPLY
REFER TO: Contracting Officer's Final Decision
Contract No. 50-3K15-1-0900
COR No. 64 - AHU Stacked Coil Piping Phase 1 and 2

Mr. Ted Baker
Manhattan Construction Co.
8550 Arlington Blvd.
Fairfax, VA 22132

Dear Mr. Baker:

This is to respond to Mr. Philip Mack's request dated November 4, 2003, for reconsideration to settle Change Order Request (COR) No. 64, AHU Stacked Coil Piping Phase 1 and 2 in the amount of $23,138, dated November 11, 2002.

In a memo from the previous Contracting Officer (Ms. Linda Watts) dated December 12, 2002, your company was advised that it is the Government's position that this work was included in the contract and is not a constructive change.

The Air Handling Unit Schedule on Drawing M-802 specifies York AHU's that are manufactured with stacked coils for coil heights over 48.25 inches, as are the manufacturer's products listed in the Specifications, Section 15854, Part 2.1.A. The specifications at Section 15854, Part 3.4.A, state that the drawings only indicate the general arrangement of piping, fittings, and specialties. Your company submitted the scheduled York AHU's called for in the Schedule on Drawing M-802. All associated piping necessary to install the AHU's is included in the contract, even though Drawing M-702 indicates the general arrangement of piping, etc., for single coil units. Because some AHU's have stacked coils and some do not, it does not mean that the associated piping to install the AHU's with stacked coils is not included in the contract.

It is still the Government's position that this work is included in the contract and no additional funds are due your company.

ars

Administrative and Financial Management
Facilities Division, Facilities Contracts Branch
5601 Sunnyside Avenue, Mail Stop 5124 – Beltsville, MD 20705-5100
Telephone: (301) 504-1179 – Fax No.: (301) 504-1187 – E-Mail: rherchak@ars.usda.gov
An Equal Opportunity Employer

Mr. Ted Baker

In accordance with the Federal Acquisition Regulation (FAR) Clause 52.233-1, Disputes, you are entitled to submit a claim to the Contracting Officer within 6 (six) years after accrual of the claim.

Please feel free to call me at (301) 504-1179 if you have any questions regarding this matter.

Sincerely,

Regina M. Herchak

REGINA M. HERCHAK
Contracting Officer

cc:
S. Morgan, FD
J. Akkawi, UFI

USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

March 17, 2004

IN REPLY
REFER TO: Contracting Officer's Final Decision
Contract No. 50-3K15-1-0900
COR No. 63 - Heat Maintenance Cable for Domestic Water

Mr. Ted Baker
Manhattan Construction Co.
8550 Arlington Blvd.
Fairfax, VA 22132

Dear Mr. Baker:

This is to respond to Mr. Philip Mack's request dated November 4, 2003, for consideration to settle Change Order Request (COR) No. 63, Heat Maintenance Cable for Domestic Water, in the amount of $23,608, dated November 11, 2002.

The previous Contracting Officer (Ms. Linda Watts) advised you in a memo dated September 9, 2002, that the Government's position was that this work was considered to be within the requirements of the contract and is not a constructive change.

The specifications, Section 15140, Part 2.5, Domestic Water Piping, Hot Water Temperature Maintenance System, require the contractor to furnish and install a UL-listed system of electric self-regulating heating cable and components for maintaining the water temperature in the hot water lines as indicated on the drawings.

It is still the Government's position that this work is included in the contract and no additional funds are due your company.

In accordance with the Federal Acquisition Regulation (FAR) Clause 52.233-1, Disputes, you are entitled to submit a claim to the Contracting Officer within 6 (six) years after accrual of the claim.

Please feel free to call me at (301) 504-1179 if you have any questions regarding this matter.

Sincerely,

Regina M. Herchak

REGINA M. HERCHAK
Contracting Officer

cc:
S. Morgan, FD
J. Akkawi, JFI

USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

March 17, 2004

IN REPLY
REFER TO: Contracting Officer's Final Decision
Contract No. 50-3K15-1-0900
COR No. 142, Kitchen Cooler and Freezer Condensate Lines

Mr. Ted Baker
Manhattan Construction Co.
8550 Arlington Blvd.
Fairfax, VA 22132

Dear Mr. Baker:

This is to respond to Mr. Philip Mack's letter dated December 10, 2003, for additional funds under Change Order Request (COR) No. 142, Kitchen Cooler and Freezer Condensate Lines, in the amount of $6,950.

The piping work on this portion of the contract is located in the Drawings at FS-204, FS-207 and in Specifications at Section 11400, Part 2.4.B.1 and Part 2.4.C.3. The heat trace requirement is noted on Drawing FS-207 as an electrical spot connection note. The Specifications at Section 2.4.C.3 requires refrigeration systems to be furnished complete as operating systems including evaporator drain lines run to the exterior with heat tape and insulation.

It is the Government's position that this work clearly falls within the contract requirements. It is the responsibility of your company to ensure coordination among your subcontractors of work that is delineated in the specifications and drawings. Consequently, no additional funds are owed to your company.

In accordance with the Federal Acquisition Regulation (FAR) Clause 52.233-1, Disputes, you are entitled to submit a claim to the Contracting Officer within 6 (six) years after accrual of the claim.

ars

Administrative and Financial Management
Facilities Division, Facilities Contracts Branch
5601 Sunnyside Avenue, Mail Stop 5124 -- Beltsville, MD 20705-5100
Telephone: (301) 504-1179 -- Fax No.: (301) 504-1187 -- E-Mail: rherchak@ars.usda.gov
An Equal Opportunity Employer

Please feel free to call me at (301) 504-1179 if you have any questions regarding this matter.

Sincerely,

Regina M. Herchak

REGINA M. HERCHAK
Contracting Officer

cc:
S. Morgan, FD
J. Akkawi, JFI