IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-376C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff, Manhattan Construction Company's Motion For Leave To File Amended Expert Disclosure And For Limited Extension Of Discovery Deadline and for good cause shown, it is on this _____ day of ___________, 2006, by the United States Court of Federal Claims,

ORDERED, that Plaintiff, Manhattan Construction Company's Motion For Leave To File Amended Expert Disclosure And For Limited Extension Of Discovery Deadline be and the same is hereby GRANTED, and it is further

ORDERED, that Plaintiff, Manhattan Construction Company shall file its Amended Expert Disclosure within 15 days of the date of this Order, and it is further

ORDERED, that the discovery deadline is extended through and including 45 days from the date of this Order for the limited purpose of allowing the parties to conduct depositions of the expert witnesses disclosed by the parties herein.

_________________________________

Judge Robert H. Hodges
UNITED STATES COURT OF FEDERAL CLAIMS