# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| MANHATTAN CONSTRUCTION COMPANY, | * | |
| | * | |
| Plaintiff, | | No. 05-376C |
| | * | |
| v. | | Filed: January 24, 2006 |
| | * | |
| THE UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * * | | |

**ORDER**

Plaintiff's motion for leave to file an amended expert disclosure schedule is GRANTED. The deadline for expert disclosure is extended to February 1. The parties may depose additional experts no later than March 1. Defendant filed a copy of the Contracting Officer's final decision as requested by the court.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge