# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, *

v. *

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 05-376C

Filed: April 24, 2006

**ORDER**

Counsel have not contacted the court since discovery ended on March 1. The parties will file a status report immediately, but no later than May 1.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge