# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

*

Plaintiff, No. 05-376C

*

v. Filed: May 2, 2006

*

THE UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

Plaintiff filed this case over a year ago, yet the parties have requested another extension to complete discovery in August. One reason given for the delay is plaintiff's inability to provide expert reports in a timely manner. We do not object to these delays, so long as they do not result in problems managing other aspects of the court's docket. Also, we would not want it to appear that the slow pace of this litigation can be attributed to the court. Plaintiff should be aware of its responsibility to prosecute its case, and to advise the court, for example, when a discovery deadline is no longer operable. This does not appear to be a complex case; if the parties wish to seek assistance from the court, we are available at any time.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge