# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, * No. 05-376C

v. * Filed: August 10, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

A review of the court's Orders in this case should make it clear that we are prepared to dismiss this case for failure to prosecute if plaintiff does not cooperate in discovery. Defendant's status report filed May 1 outlines the parties' activities since the Complaint was filed in March 2005. So far as we know, plaintiff has not explained why Manhattan was "unable to provide the Government with a copy of Mr. Tracey's expert report" and depositions in April and May. The current deadline for taking depositions of the experts was August 1. The parties have not filed additional joint reports concerning the status.

It is plaintiff's obligation to pursue its case diligently and otherwise comply with Rule 1 of this court. Plaintiff will file a status report as soon as possible, but no later than August 18 to explain the reasons for its delays to date, and its plan for resolving this case promptly hereafter. In default of such notice by the close of business on August 18, we will issue an Order for plaintiff to show cause why this case should not be dismissed for failure to prosecute.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge