# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, *

v. *

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 05-376C

Filed: August 23, 2006

**ORDER**

Plaintiff's status report describes a circumstance that may have developed beyond plaintiff's control. Now that plaintiff has been successful in obtaining some assistance from its new expert, perhaps the case will move along more smoothly. We are willing to allow the parties time to consider settlement, and certainly we encourage that result. The settlement discussions will begin as soon as possible, but no later than September 29. Thereafter, on or before October 6, the parties will advise the court whether settlement discussions have been or are likely to be successful.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge