# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, * No. 05-376C

v. * Filed: September 25, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

If the Government led plaintiff to believe that it would engage in good faith settlement negotiations in December 2005, then "cancelled without explanation," this is inexcusable. Certainly, counsel for the Government has settlement authority depending upon the amount at issue, and government counsel have been willing in the past to obtain additional authority as necessary. However, plaintiff has not been pursuing this case since then with any apparent level of interest.

According to the Government, the parties missed the March discovery deadline because plaintiff did not submit an expert report. The next date mentioned in defendant's status report is August 18, seven months later. Now it appears that the parties have agreed on dates for expert discovery, which plaintiff seems to oppose. Litigation is an expensive process, unfortunately, and defendant now states categorically that it does not intend to settle. That being the case, we can only urge the parties to move forward and attempt to make up some of the lost time. We suggest a short status conference this week at a time that is mutually agreeable to the parties. Counsel will advise the court of a day and time during the week when they will be available and contact Ms. Groen in this office, who will be handling the case.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge