# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, * No. 05-376C

v. * Filed: September 29, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

A telephonic status conference was held on Friday, October 29, 2006. As a result of the status conference the following pre-trial and trial schedule is ordered:

(1) Plaintiff will file its memorandum of contentions of fact and law, together with its witness and exhibit lists, pursuant to RCFC appendix A, paragraphs 14-17 on or before October 20, 2006.

(2) Defendant will file its responsive memorandum, together with its witness and exhibit lists, on or before Friday, November 17, 2006.

(3) Trial is scheduled to take place January 8-11, 2007, at 717 Madison Place, Washington, D.C., 20005.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge