IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 05-376C<br>(Judge Robert H. Hodges) |

DEFENDANT'S WITNESS LIST

Regina M. Herchak
ARS, FD, Facilities Engineering Branch
5601 Sunnyside Ave., Mail Stop 5125
Beltsville, MD 20705
301-504-1179
301-504-1187 (Fax)

Regina M. Herchak was the contracting officer who issued the final decision.

Sandy Morgan
United States Department of Agriculture
ARS, FD, Facilities Engineering Branch
5601 Sunnyside Ave., Mail Stop 5125
Beltsville, MD 20705
301-504-4895
301-504-1220 (Fax)

Sandy Morgan was the second Contracting Officer's Representative ("COR") and Engineering Project Manager ("EPM") on the project.

Frank King
United States Department of Agriculture
ARS, FD, Facilities Engineering Branch
5601 Sunnyside Ave., Mail Stop 5125
Beltsville, MD 20705
301-504-1207
301-504-1220 (Fax)

Frank King was the first Contracting Officer's Representative ("COR") and Engineering Project Manager ("EPM") on the project.

Yuri Berman
Jacobs Facilities Staff Jacobs Facilities Inc.
1100 N. Glebe Road, Suite 500
Arlington, VA 22201
571-218-1272
571-218-1301 (Fax)

Yuri Berman was the senior mechanical engineer with Jacobs Engineering who was involved with the project.

Brisco Hamlin .
Jacobs Facilities Staff Jacobs Facilities Inc.
1100 N. Glebe Road, Suite 500
Arlington, VA 22201
571-218-1272
571-218-1301 (Fax)

Brisco Hamlin was a mechanical engineer with Jacobs Engineering who was involved in the project.

Kenneth McLauchlan
McLauchlan & Associates
474 Fawns Walk
Annapolis, MD 21401-5657
410-269-4025
410-757-2221 (Fax)

Mr. McLauchlan will testify as to his expert opinions relating to the adequacy of the specifications and the drawings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

November 16 2006

Attorneys for Defendant