IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 05-376C<br>(Judge Robert H. Hodges) |
| THE UNITED STATES, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**MOTION TO SUBSTITUTE ATTORNEY**

Plaintiff, Manhattan Construction Company ("MCC"), by its undersigned counsel, pursuant to RCFC 83.1(c)(4), respectfully moves this Honorable Court to allow it to substitute its lead counsel in the above-captioned case from Adam C. Harrison, Esquire ("Harrison"), to Eli Robbins, Esquire ("Robbins"), and as reasons therefore, states as follows:

1. Mr. Robbins is an associate in Mr. Harrison's law firm, Harrison Law Group.

2. As such, Mr. Robbins has been involved in the above-captioned litigation from its onset, and is intimately familiar with the issues involved therein.

3. Furthermore, Mr. Robbins is admitted to practice before the Court of Federal Claims.

4. Mr. Harrison has a medical procedure scheduled for January 10 and 11, 2007, which are the last two days scheduled for the trial herein. Consequently, Mr. Harrison will be unable to attend the trial herein. However, Mr. Harrison will continue his involvement in the above-captioned case in an Of Counsel capacity.

5. Accordingly, MCC desires that Mr. Robbins be substituted as its lead counsel for Mr. Harrison.

6. An Affidavit of Appointment executed by Mr. Robbins is attached hereto and

incorporated by reference herein as **Exhibit "A"**.

7. By his signature below, Mr. Harrison consents to the substitution of Mr. Robbins as lead counsel for MCC in the above-captioned case.

WHEREFORE, for the foregoing reasons, Plaintiff, Manhattan Construction Company respectfully requests that this Honorable Court allow it to substitute its lead counsel from Adam C. Harrison, Esquire to Eli Robbins, Esquire in the above-captioned case.

Dated: January 2, 2007

Respectfully submitted,

s/ Eli Robbins
ELI ROBBINS

HARRISON LAW GROUP
40 W. Chesapeake Ave., Suite 600
Towson, Maryland 21204
Telephone No.: (410) 832-0000
Facsimile No.: (410) 832-9929

Counsel for Plaintiff,
MANHATTAN CONSTRUCTION COMPANY

I hereby consent to the substitution of Eli Robbins, Esquire as lead counsel for Plaintiff, Manhattan Construction Company in the above-captioned case.

ADAM C. HARRISON

HARRISON LAW GROUP
40 W. Chesapeake Ave., Suite 600
Towson, Maryland 21204
Telephone No.: (410) 832-0000
Facsimile No.: (410) 832-9929

Of Counsel for Plaintiff,
MANHATTAN CONSTRUCTION COMPANY