IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 05-376C (Judge Robert H. Hodges) |
| THE UNITED STATES, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

## AFFIDAVIT OF ELI ROBBINS, ESQUIRE

STATE OF MARYLAND, COUNTY OF BALTIMORE,

TO WIT:

I, Eli Robbins, Esquire (the "Affiant"), solemnly swear under the penalties of perjury and upon personal knowledge that the following statements are true:

1. That the Affiant is over 18 years of age and competent to testify to the facts stated herein.

2. That the Affiant is an attorney at Harrison Law Group.

3. That in providing this Affidavit, the Affiant hereby acknowledges as follows:

   a. The Affiant is admitted to practice before the Court of Federal Claims.

   b. The Affiant has been appointed by Plaintiff, Manhattan Construction Company, to serve as its lead counsel in the above-captioned litigation.

   c. The Affiant is intimately involved with the matters at issue in the above-captioned litigation, and is prepared to represent Plaintiff, Manhattan Construction Company in the above-captioned litigation.

ELI ROBBINS, ESQUIRE

I HEREBY CERTIFY that on this 2nd day of January, 2007, before me, the subscriber, a Notary Public in and for the State of Maryland, personally appeared Eli Robbins, Esquire, and made oath in due form of law under penalties of perjury that the matters and facts here and above set forth are upon her personal knowledge and are true.

T. L. Steedman

(SEAL)

My commission expires: 03/1/2010

NOTARY PUBLIC

TRACY L. STEEDMAN
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
My Commission Expires 3-1-10