# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, * No. 05-376C

v. * Filed: January 4, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The trial scheduled to take place January 8-11, 2007 has been rescheduled. The trial will now take place January 30-31, 2007, at the National Courts Building, 717 Madison Place, Washington, D.C.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge