IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-376C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED JOINT TRIAL EXHIBIT LIST

Pursuant to the Court's September 29, 2006 scheduling order and ¶ 16 of Appendix A of the Rules of the Court of Federal Claims, the parties respectfully file the attached list of exhibits to be used during the trial in the above-captioned matter. The parties reserves their right to amend this list as permitted by the Court as trial preparation continues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Adam C. Harrison, Esq.
ADAM C. HARRISON, ESQ.
Harrison Law Group
40 W. Chesapeake Ave., Suite 600
Towson, MD 21204
410-832-0000
410-832-9929 (Fax)

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street. NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 22, 2007

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-376C<br>(Judge Robert H. Hodges) |

JOINT TRIAL EXHIBIT LIST

| Exhibit Number | Description |
|---|---|
| **General** | |
| JE001 | Beltsville Human Nutrition Research Center Contract with Manhattan Construction Company ("MCC"), Sections A through G.6 |
| JE002 | Beltsville Human Nutrition Research Center Contract with MCC, Specification Section 15182, Steam and Condensate Piping |
| JE003 | Beltsville Human Nutrition Research Center Contract with MCC, Specification Section 15854, Central-Station Air Handling Units |
| JE004 | Beltsville Human Nutrition Research Center Contract with MCC, Specification Section 15140, Domestic Water Piping |
| JE005 | Beltsville Human Nutrition Research Center,: Phase 1 Drawings: C001; E400; G001; M001; M301, M401, M702, M703, M704; M801; M802; P001;P200; P201 |
| JE006 | Beltsville Human Nutrition Research Center, Phase 2 Drawings: E400; G001; M001; M301, M401, M702, M703, M704; M801; M802; P001;P200; P201 |
| JE007 | Submittal Number 15140-004-00, Hot Water Heat Maintenance System |
| JE008 | Beltsville Human Nutrition Research Center Contract with MCC, Specification Section 15775, Electric Heating Cables |
| JE009 | Submittal Number 15181-003-00, Steam Piping Shop Drawings |

| | |
|---|---|
| JE010 | Submittal Number 15854-001-01, Air Handling Units |
| JE011 | Submittal Number 15140-300-00, Plumbing Shop Drawings |
| JE012 | Submittal Number 15775-002, Heat Trace System |
| JE013 | FAR 52.236-21(a) (in case of difference between drawings and specifications, the specifications govern) |
| JE014 | 1995 International Plumbing Code, Section 608, Hot Water Supply System |
| JE015 | Subcontract between MCC and Caigeann Mechanical Company, Inc. ("Caigeann"), dated September 17, 2001 |
| JE016 | Expert Report of Kevin Tracy for Caigeann, dated August 17, 2006 |
| JE017 | Resume of Kevin Tracy |
| JE018 | Expert Report of Kenneth McLauchlan for the United States, dated September 14, 2005 |
| JE019 | Expert Rebuttal Report of Kenneth McLauchlan for the United States, dated September 5, 2006 |
| JE020 | Resume of Kenneth McLauchlan |
| **Issue: Steam Trap At High Pressure Riser ($4,757)(RFI 307)** | |
| JE021 | RFI 307, dated October 30, 2002, regarding the need for a steam trap at the high pressure riser serving the second floor autoclave, with the response of the Agriculture Research Service ("ARS"), dated October 30, 2002. |
| JE022 | Letter from Caigeann to MCC, dated November 15, 2002, acknowledging receipt of the response to RFI 307 |
| JE023 | Letter from MCC to Caigeann, dated November 19, 2002, transmitting ARS's response to RFI 307, and requesting a cost proposal |
| JE024 | Fax from Caigeann to TBN, dated November 22, 2002, requesting cost proposal for additional work |
| JE025 | Letter from Caigeann to MCC, dated December 9, 2002, transmitting Caigeann's cost proposal in the amount of $3,887. |

| | |
|---|---|
| JE026 | Letter from MCC to ARS, dated December 9, 2002, seeking $4,757 for the installation of a steam trap at the high pressure riser |
| JE027 | Letter from ARS to MCC, dated December 12, 2002, directing MCC to install the steam trap at the high pressure riser |
| JE028 | Letter from MCC to Caigeann, dated December 17, 2002, directing Caigeann to install the steam trap at the high pressure riser |
| JE029 | Letter from Caigeann to MCC, dated June 30, 2003, requesting a contracting officer's final decision ("COFD") |
| JE030 | COFD, dated March 17, 2004, denying MCC's claim for $4,757 |
| JE031 | Letter from MCC to Caigeann, dated April 21, 2004, transmitting the March 17, 2004 COFD |
| **Issue: Steam Traps at Low Pressure Risers ($11,915)(RFI 255)** | |
| JE032 | RFI 255, dated July 22, 2002, regarding the need for steam traps at the base of the low pressure steam risers serving the attic, with ARS's response, dated July 26, 2002 |
| JE033 | Letter from Caigeann to MCC, dated November 20, 2002, submitting its cost proposal in the amount of $9,877 for the installation of steam traps at low pressure risers serving the attic |
| JE034 | Letter from MCC to ARS, dated November 22, 2002, requesting $11,915 to install steam traps at low pressure risers serving the attic |
| JE035 | Letter from ARS to MCC, dated December 12, 2002, directing MCC to install steam traps at the low high pressure risers serving the attic |
| JE036 | Letter from MCC to Caigeann, dated December 17, 2002, directing Caigeann to install steam traps at the low pressure risers serving the attic |
| JE037 | Letter from Caigeann to MCC, dated June 30, 2003, requesting a COFD regarding the installation of steam traps at the low pressure risers serving the attic |

| | |
|---|---|
| JE038 | Letter from MCC to ARS, dated November 4, 2003, requesting a COFD regarding the installation of steam traps at the low pressure steam risers serving the attic |
| JE039 | COFD to MCC, dated March 17, 2004, denying MCC's request for additional funds for costs incurred for the installation of steam traps at the the low pressure risers serving the attic |
| JE040 | Letter from MCC to Caigeann dated, April 21, 2004, informing Caigeann of the COFD |
| **Issue: Piping for Stacked Coil AHUs ($23,158)(RFI 242)** | |
| JE041 | RFI 242, dated June 5, 2002, requesting a detail drawing for piping for the Air Handling Units ("AHU") with stacked arrangement, with ARS's response, dated June 25, 2002 |
| JE042 | Letter from Caigeann to MCC, dated November 6, 2002, submitting its cost proposal in the amount of $19,181 for costs incurred in providing additional piping for the stacked coil AHUs |
| JE043 | Letter from MCC to ARS, dated November 11, 2002, requesting $23,138 for costs incurred in providing additional piping for the stacked coil AHUs |
| JE044 | Email from the contracting officer transmitting an email from a Jacobs' engineer to ARS recommending that MCC's November 11, 2002, claim be denied |
| JE045 | Letter from ARS to MCC, dated December 12, 2002, directing MCC to install the additional piping needed for the AHU's with stacked coils |
| JE046 | Letter from MCC to Caigeann, dated December 17, 2002, directing Caigeann to install the additional piping needed for the AHU's with stacked coils |
| JE047 | Letter from Caigeann to MCC, dated June 30, 2003, requesting a COFD regarding its claim for funds to cover the costs incurred to install the additional piping needed for the AHUs with stacked coils |
| JE048 | Letter from MCC to ARS, dated November 4, 2003, requesting a COFD |

| | |
|---|---|
| JE049 | COFD to MCC, dated March 17, 2004, denying MCC's request for additional funds |
| JE050 | Letter from MCC to Caigeann, dated April 21, 2004, informing Caigeann of the COFD |
| **Issue: Installation of Heat Maintenance Cable ($17,195) (RFI 278)** | |
| JE051 | Fax to Caigeann, dated February 22, 2002, with Thermon's quote of $6,600 for heat maintenance cable |
| JE052 | RFI 278, dated August 20, 2002, regarding the need for heat maintenance cable, with ARS's response, dated August 23, 2002 |
| JE053 | Fax from Jacobs to ARS, dated August 22, 2002, responding to RFI 278 |
| JE054 | Fax from MCC to Caigeann, dated August 23, 2002, directing Caigeann to install the heat maintenance cable |
| JE055 | Letter from Caigeann to MCC, dated September 6, 2002, stating that additional costs would be incurred to install the heat maintenance cable in accordance with RFI 278 |
| JE056 | Letter from ARS to MCC,dated September 9, 2002, directing MCC to install the heat maintenance cable |
| JE057 | Letter from MCC to Caigeann, dated September 10, 2002, directing Caigeann to install the heat maintenance cable |
| JE058 | Letter from Caigeann to MCC, dated September 13, 2002, informing MCC of its intent to file a claim for the costs incurred in installing the heat maintenance cable |
| JE059 | Letter from Caigeann to MCC, dated September 24, 2002, transmitting the submittal for the heat maintenance cable |
| JE060 | Letter from Caigeann to MCC, dated November 6, 2002, with its cost proposal in the amount of $19,571 for the installation of the heat maintenance cable |
| JE061 | Letter from MCC to ARS, dated November 11, 2002, requesting $23,608 for the installation of the heat maintenance cable |

| | |
|---|---|
| JE062 | Letter from Caigeann to MCC, dated June 30, 2003, requesting a COFD regarding the installation of heat maintenance cable |
| JE063 | Letter from MCC to ARS, dated November 4, 2003, requesting a COFD |
| JE064 | COFD to MCC, dated March 17, 2004, denying MCC's request for additional funds for the installation of the heat maintenance cable |
| JE065 | Letter from MCC to Caigeann, dated April 21, 2004, informing Caigeann that its request for additional funds for the installation of the heat maintenance cable had been denied by ARS |