# In the United States Court of Federal Claims

* * * * * * *

MANHATTAN CONSTRUCTION COMPANY, *

Plaintiff, *

No. 05-376C

v. *

Filed: March 1, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Trial in this case will continue on March 7-8, 2007, at the National Courts Building, 717 Madison Place, Washington, D.C.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge