# EXHIBIT C

U.S. Department of Justice

Civil Division

202-307-0252

*Washington, D.C. 20530*

BY FEDERAL EXPRESS

BGS:LCO:lco
DJ #: 154-05-376

February 2, 2007

FILE

Eli Robbins, Esquire
Adam C. Harrison, P.C.
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204
(410) 832-0000

Re: Manhattan Construction Company v United States, Fed. Cl. 05-376C

Dear Mr. Robbins:

Please provide me with the following documents as soon as possible:

1.) All documents generated prior to MCC's award of the contract that in any way relate to that contract, including, but not limited to, bid take-off sheets, information from all potential vendors, supplies, and subcontractors, emails, correspondence, hand written notes, iterations to the contract, and materials in the possession of Caigeann that relate to the contract between MCC and the Government.

2.) All documents that contain any communications between Caigeann and MCC generated during Caigeann's performance under its contract with MCC, including but not limited to RFIs, submittals, correspondence, emails, and hand-written notes.

3.) All documents that contain any communications between Caigeann and MCC generated after Caigeann's performance under its contract with MCC.

4.) A copy of the liquidation agreement between MCC and Caigeann.

5.) All communications between Caigeann and York that pertain to Caigeann's contract with MCC that were generated either before or after the award of the contract to Caigeann by MCC.

6.) All documents pertaining to the payment by Caigeann of any of the costs that Caigeann claims were incurred by Caigeann for the extra work that Caigeann claims that the Government directed it to perform.

7.) All proposals that Caigeann received for heat maintenance cable and for heat trace cable.

Your immediate attention to this matter is expected.

Very truly yours,

Leslie Cayer Ohta
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L St., NW
Washington, DC 20530

cc:
Mark Garrett
Office of Counsel
USDA
14th & Independence Ave, SW
Room 3311, South Building
Washington, DC 20250