# EXHIBIT E

# UNITED STATES COURT OF FEDERAL CLAIMS

MANHATTAN CONSTRUCTION COMPANY,
Plaintiff,
v.
THE UNITED STATES OF AMERICA,
Defendant.

## SUBPOENA *duces tecum*

No. 05-376
(Judge Robert Hodges)

To: Manhattan Construction Company
8550 Arlington Boulevard
Suite 204
Fairfax, VA 22031

Attn.:, John P. Barron, Division President,

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

X☐ YOU ARE COMMANDED to produce and permit inspection and copying of all documents pertaining to the contract between Manhattan Construction Corporation ("MCC") and Caigeann regarding the contract between MCC and the Department of Agriculture, for the construction of the Human Resources Nutrition Research Center in Beltsville, Maryland. The term "document," as used herein, means and includes without limitation the following items, whether printed, micro-filmed, electronically recorded in sound or pictures, stored in computer memory or in a computer database, or re-produced by any process, or written or produced by hand, and regardless of whether claimed to be privileged or confidential or personal: letters, correspondence, memoranda, reports, summaries, notes, notebooks, electronic mailings ("e-mails"), sketches, prints, photographs, printed forms, manuals, brochures, diaries, books, lists, publications, agreements, working papers, intra-company and inter-company communications, forecasts, statistical statements, graphs, charts, plans, drawings, minutes or records of meetings or conferences, policy statements, circulars, and any and all other writings. The above includes any and all other materials of any tangible medium of expression and original or preliminary notes, including drafts, typing, printings, minutes, or copies or reproductions thereof that are now or have ever been in your possession, custody or control. In lieu of producing the responsive documents and samples at the time, date, and place indicated, you may send such documents via Federal Express to Leslie Cayer Ohta at the address indicated below.

| PLACE: U.S. Department of Justice, Commercial Litigation Branch1100 L Street, N.W., Washington, D.C. 20005 | DATE AND TIME: Respond within 10 days of service of the subpoena |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. U.S. Court of Federal Claims rule (RUSCFC) 30(b)(6).

| ISSUING OFFICER SIGNATURE<br>Leslie Cayer Ohta, Attorney for Defendant | DATE<br>February 2, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Leslie Cayer Ohta, U.S. Department of Justice, Commercial Litigation Branch1100 L Street, N.W., Washington, D.C. 20005 (202) 307-0252

UNITED STATES COURT OF FEDERAL CLAIMS

Manhattan Construction Company

vs.

The United States of America

No. 05-376 JUDGE ROBERT HODGES

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Subpoena Duces Tecum in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:15 pm on February 2, 2007, I served Manhattan Construction Company at 8550 Arlington Boulevard, Suite 204, Fairfax, Virginia 22031 by serving Jerell Sims, Manager, authorized to accept. Described herein:

SEX- MALE
AGE- 34
HEIGHT- 5'10"
HAIR- BROWN
WEIGHT- 185
RACE- BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 2-6-07
Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183340