# EXHIBIT F

Ohta

**U.S. Department of Justice**

Civil Division

202-307-0252

*Washington, D.C. 20530*

FILE

BY FEDERAL EXPRESS (410) 832-0000) AND EMAIL

BGS:LCO:lco
DJ #: 154-05-376

February 13, 2007

Eli Robbins, Esq.
Adam C. Harrison, P.C.
40 West Chesapeake Avenue, Suite 600
Towson, Maryland 21204

Re: Manhattan Construction Company v United States, Fed. Cl. 05-376C

Dear Mr. Robbins:

By letter dated February 2, 2007, I requested that you provide me with a number of documents. To date, I have not heard from you regarding the status of my request.

Given the fact that my requests were made to you during the trial of this matter on January 30 and 31, 2007; that Judge Hodges indicated to you that the Government had the right to obtain such documents; and that your client apparently had already begun the search for the documents, it is inexplicable to me why you have not yet responded to my requests.

A copy of my February 2, 2007, l3etter is attached for your convenience.

Your prompt attention to this matter would be greatly appreciated.

Very truly yours,

Leslie Cayer Ohta
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L St., NW
Washington, DC 20530

cc:
Mark Garrett
Office of Counsel, USDA
14th & Independence Ave, SW
Room 3311, South Building
Washington, DC 20250