# EXHIBIT G

U.S. Departr  it of Justice

Civil Division

BGS:LCO:lco
DJ #: 154-05-376

BY FEDERAL EXPRESS (703-204-1400)

*Washington, D.C. 20530*

202-307-0252
February 22, 2007

FILE

Ted Baker, Manhattan Construction Company
8550 Arlington Boulevard, Suite 204
Fairfax, VA 22031

Re: Manhattan Construction Company v United States, Fed. Cl. 05-376C

Dear Mr. Baker:

On February 6, 2007, you were served with a subpoena compelling the production of certain documents in connection with the above-captioned case. The subpoenaed documents were to be produced within ten10 days of the service of the subpoena, that is, by February 16, 2007. As of today, I have not received any responsive documents.

As a follow-up to our conversation last week, I would like to confirm that the documents that are most critical are the following:

1. All documents that relate in any way to MCC's Requests for Information numbered 307, 255, 242 and 278.

2. All documents generated prior to the execution of MCC's contract with Caigeann Mechanical pertaining to that contract.

3. All documents that relate to the claims submitted by MCC upon behalf of Caigeann.

As indicated in the subpoena, included in this request are all emails, handwritten notes and internal memoranda generated by MCC.

Your prompt attention to this matter would be greatly appreciated.

Very truly yours,

Leslie Cayer Ohta, Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L St., NW
Washington, DC 20530

cc:
Mark Garrett
Office of Counsel, USDA
14th & Independence Ave, SW, Room 3311, South Building
Washington, DC 20250