IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANHATTAN CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-376C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description |
|---|---|
| Def.'s 1 | Quote from Meleney Equipment dated January 18, 2002 re steam traps |
| Def.'s 2 | Caigeann's RFI re Underground Steam Piping dated March 19, 2002 |
| Def.'s 3 | Caigeann's RFI re Steam Trap at Low Pressure Riser dated July 22, 2002 |
| Def.'s 4 | Caigeann's RFI re Steam Trap at High Pressure Riser dated November 6, 2002 |
| Def.'s 5 | Memo from York dated March 1, 2002 |
| Def.'s 6 | Memo from Caigeann to York dated March 5, 2002 |
| Def.'s 7 | Memo from York to Caigeann dated March 6, 2003 |
| Def.'s 8 | Memo from Caigeann to York dated April 18, 2002 |
| Def.'s 9 | Caigeann's RFI re AHU's dated June 5, 2002 |
| Def.'s 10 | MCC's RFI re AHU's dated June 5, 2002 |
| Def.'s 11 | Message to Caigeann re measurement of hot water pipe dated February 25, 2003 |
| Def.'s 12 | HTS request for quote dated July 10, 2002 |
| Def.'s 13 | MCC RFI re heat maintenance cable dated August 20, 2002 |
| Def.'s 14 | MCC RFI re heat maintenance cable dated August 19, 2002 |
| Def.'s 15 | E-mail from James Fleming dated September 3, 2002 |

| | |
|---|---|
| Def.'s 16 | Caigeann letter to MCC re heat maintenance cable dated September 6, 2002 |
| Def.'s 17 | HTS quote to Caigeann dated September 13, 2002 |
| Def.'s 18 | HTS quote to Caigeann dated September 17, 2002 |
| Def.'s 19 | Caigeann fax to MCC dated January 4, 2004 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street. NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

March 6, 2007

Attorneys for Defendant