# In the United States Court of Federal Claims

**05-376C**

**Filed: April 11, 2007**

**MANHATTAN ONSTRUCTION COMPANY**

**v.**

**THE UNITED STATES**

**Defendants Exhibits**
**[1,2,11,18,20-24]**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.